2.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 25 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | § | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-160 |
| | § | |
| BENJAMIN SOSA. | § | (Criminal No. B-99-266) |
| | § | |

## ORDER

    Petitioner, Benjamin Sosa, is hereby on NOTICE that his petition for habeas corpus relief pursuant to 28 U.S.C.A. § 2255 is insufficient. If Petitioner wishes to proceed in forma pauperis, Petitioner must submit the proper affidavits to support his Declaration In Forma Pauperis. Specifically, Petitioner must "submit a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the six-month period immediately preceding the filing of the [Writ] . . . obtained from the appropriate official of each prison at which [Petitioner] is or was confined." See 28 U.S.C.A. § 1915(a)(2) (Supp.1997). Additionally, Petitioner must submit "a certificate of the warden or other appropriate officer of the institution in which the [P]etitioner is confined as to the amount of money or securities on deposit to the [P]etitioner's credit in any account in that institution." See Rule 10(B) Federal Procedural Forms, L. Ed, Habeas Corpus §§ 36:59 & 36:123.

    The United States Attorney is ORDERED to respond to Petitioner's Writ, not later than 60 days after Petitioner files the aforementioned affidavits.

    DONE in Brownsville, Texas this 23rd day of October 2000.

Felix Recio
United States Magistrate Judge