3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

DEC 0 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Respondent, : | |
| : | |
| v. : | Case NO. CV-B-00160 |
| : | Cr-B-99-266 |
| Benjamin Sosa, : | |
| Defendant. : | |

OUT OF TIME OF IN FORMA
PAUPERIS WITH EXCUSABLE NEGLECT

COMES NOW the Movant, Benjamin Sosa in proper person pursuant to 28 U.S.C. Section 1915 in compliance with Rule 10(B) FPF and herein gives excusable neglect in the delay of attached In Forma Pauperis Forms With Excusable Neglect and would state the following:

1) On approximately October 24, 2000 Movant placed in the hands of a Bureau of Prison guard.

2) Attached is a copy of the envelope and original notarized In Forma Pauperis Forms (FPF). See, Attached.

3) Eventhough an incorrect address was given to Movant the attached copies of the actual date the Movant filed said 10(B) Federal Procedural Form (FPC) will show that Movant placed said forms in the mail timely. Houston v. Lack, (1988) 487 U.S. 266, 101 L. Ed 2d 245, 108 S. Ct. 2379. See, attached papers.

RELIEF SOUGHT

WHEREFORE, upon the premises Movant should be granted to file his "Out of Time In Forma Pauperis With Excusable Neglect" as timely.

Respectfully submitted

Benjamin Sosa

## CERTIFICATE OF SERVICE

I, Benjamin Sosa the Movant herein have provided by U.S. first class mail a copy of "Out of Time of Informa Pauperis With Excusable Neglect to: Jody Young, 600 E. Harrison St. #201, Brownsville, Texas 78520.

Excuted this 14th day of November, 2000.

Benjamin Sosa
#86446-079. L.O.A.
Federal Correctional Institution
P.O. Box 4200
Three Rivers, Texas 78071

-2-

**PUTY CLERK**
**. DISTRICT COURT**
**E. HARRISON ST., #101**
**OWNSVILLE, TEXAS 78520**

OFFICIAL BUSINESS

Benjamin Sosa
P.O. Box 4200
Three Rivers, T. 78071

78071+4200

Benjamin Sosa
96446-079, L.O.A.
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX. 78071

"LEGAL MAIL"

NOT AT THIS ADDRESS

Clerk of The Court
Juan Barbosa, Esq.
105 E. 10th
Brownsville, TX
78520