5

United States District Court
Southern District of Texas
ENTERED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

DEC 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

BENJAMIN SOSA                    *

        VS                       *   C.A. NO. B-00-160

UNITED STATES OF AMERICA         *   (Cr. No. B-99-266)


# O R D E R


        The Government is hereby ORDERED to respond to

Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set

Aside, or Correct Sentence on or before **February 20, 2001.**

        DONE at Brownsville, Texas, this 18th day of December

2000.


_____
              Felix Recio
    United States Magistrate Judge