If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*Sister inlaw, Alicia Martinez, amount over the past 12 months has been forty dollars ($40.00)*

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   *N/A*

   *B-00-160*

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   *N/A*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *None*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/21/2000
                  (Date)                             Signature of Applicant

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __.87¢__ on account to his credit at the __Federal Correctional__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __.87¢__

I further certify that during the last six months the applicant's average balance was $ __$20.00__

Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge   Date | _____  _12-18-00_ <br> United States Judge   Date <br> or Magistrate |