8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | CIVIL ACTION NO. B-00-160 |
| | § | (Cr. No. B-99-266) |
| BENJAMIN SOSA. | § § § | |

## ORDER SETTING HEARING

It is hereby ORDERED that Petitioner's "ineffective assistance" claim be set for an evidentiary hearing in Judge Recio's Courtroom on April 3, 2001, at 2:00 p.m. Accordingly, the United States District Clerk is hereby ORDERED to issue a Writ for Petitioner's presence at said hearing. The United States District Clerk is also ORDERED to summon to the hearing Petitioner's trial counsel, Lemuel Lopez, at P.O. Box 96, 123 S. 13th Street, Edinburg, Texas, 78540-0096.

DONE in Brownsville, Texas this 26th day of February, 2001.

_____
Felix Recio
United States Magistrate Judge