IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 1 2001

Michael N. Milby
Clerk of Court

9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent,<br><br>v.<br><br>BENJAMIN SOSA,<br>    Movant. | Case NO. CR-NO. B-99-266<br>C.A. B-00-160) |

### REPLY TO GOVERNMENTS' RESPONSE AND MOTION TO ORDER HEARING

COMES NOW the Movant, Benjamin Sosa in proper person giving this Court jurisdiction pursuant to 28 U.S.C. §2255 and relying upon this Courts judgement concerning "all" of the issues within his §2255 Motion and does not believe that it would be in his best interest at this time to Move for a Special Hearing and for good cause would state the following:

1) Inter-alia, the government complains that Movant, Sosa has no jurisdiction within this Court concerning his "Offense Level", weight of chargable pounds of marjuana. (fifty 50 pounds), plea agreement, nor the actual sentence Sosa agreed to. But rather, his only avenue under this juridiction is complained that would be "ineffective assistant of counsel" and his right to "Direct Appeal" which is their "only" reasoning for a special hearing. (ineffective assistance of counsel). Movant contends that in his §2255 Motion and the claims in there entire

-1-

is based on his entitlement of modification of sentence and that this Court should construe jurisdiction pursuant to what would make a wrong right. Bell v. Hood, (1946) 327 U.S. 678, 90 L. Ed 939, 66 S. Ct. 773, 13 ALR 2d 383.

2) The Motion for this Court to Order a Hearing to perfect Movant's §2255 Motion of right to appeal would be applicable in the interest of justice only when the Movant would be present.

3) Respondent also has attached exibit (A) as evidence. Affidavits are generally not used as evidence. As the fact remains that the Movant did not receive any Direct appeal, nor is there any waiver in the record that he did so.

4) It has been well settled that a pro se litigant must not be put through the same rigorous or strenuous articulated measurements as that of an attorney. Haines v. kerner (1972) 404 U.S. 519.

5) Based upon the evidence of law herein the Movant should be granted relief as requested in his §2255 Motion.

### RELIEF SOUGHT

6) WHEREFORE, upon the premises Movant, Sosa request in his 28 U.S.C. §2255 Motion should be granted and his sentence should be adjusted as this Court deems necessary.

*Benjamin Sosa*
Benjamin Sosa

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Reply to Governments' Response and Motion to Order Hearing has been provided by U.S. first class mail to: Mr. Jody Young, Assistant United States Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520.

*Benjamin Sosa*
Benjamin Sosa

-2-

is based on his entitlement of modification of sentence and that this Court should construe jurisdiction pursuant to what would make a wrong right. <u>Bell v. Hood</u>, (1946) 327 U.S. 678, 90 L. Ed 939, 66 S. Ct. 773, 13 ALR 2d 383.

2) The Motion for this Court to Order a Hearing to perfect Movant's §2255 Motion of right to appeal would be applicable in the interest of justice only when the Movant would be present.

3) Respondent also has attached exibit (A) as evidence. Affidavits are generally not used as evidence. As the fact remains that the Movant did not receive any Direct appeal, nor is there any waiver in the record that he did so.

4) It has been well settled that a pro se litigant must not be put through the same rigorous or strenuous articulated measurements as that of an attorney. <u>Haines v. kerner</u> (1972) 404 U.S. 519.

5) Based upon the evidence of law herein the Movant should be granted relief as requested in his §2255 Motion.

## RELIEF SOUGHT

6) WHEREFORE, upon the premises Movant, Sosa request in his 28 U.S.C. §2255 Motion should be granted and his sentence should be adjusted as this Court deems necessary.

*Benjamin Sosa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Reply to Governments' Response and Motion to Order Hearing has been provided by U.S. first class mail to: Mr. Jody Young, Assistant United States Attorney, 600 E. Hattison St. #201, Brownsville, Texas 78520.

Excuded, 2/26/2001.

*Benjamin Sosa*

-2-

CASE NO . CR-NO . B-99-266

United States District Court
Southern District of Texas
RECEIVED

MAR 0 2 2001

PLEASE INCLUDE THIS PAGE WITH THE "REPLY TO GOVERNMENTS RESPONSE AND MOTION TO ORDER HEARING " AS THE ORIGINAL PAGE  2 DOES NOT HAVE A DATE ON THE CERTIFICATE OF SERVICE .THIS NOW MY CORRECT CERTIFICATE OF SERVICE FOR THAT DOCUMENT .

Michael N. Milby, Clerk

BENJAMIN SOSA