/0

United States District Court
Southern District of Texas
FILED

APR - 3 2001

Michael N. Milby, Clerk of Court

# COURTROOM MINUTES

HONORABLE <u>Felix Recio</u> MAGISTRATE JUDGE PRESIDING

COURTROOM CLERK <u>Maria (Sally) Garcia</u> D.U.S.M. <u>L Medina</u>

ERO/Court Reporter: <u>Gabe Mendieta</u>

DATE: <u>April 3, 2001 at 2:00 p.m.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL No. B00-160

Benjamin Sosa                               Pro Se

VS.

United States of America                    M Dowd
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EVIDENTIARY HEARING

All parties present and ready;

Deft's prior atty Mr Lopez is present;

Deft is stating ineffectiveness of counsel for failure to file an appeal;
Deft is stating the plea agreement was induced by his attorney and the government;

Benjamin Sosa sworn and M Dowd questions Mr Sosa as to his plea agreement;

The Court states his only argument of possibility is the ineffectiveness of counsel;
Court will take matter under advisement;

Government Exhibt #1 submitted to the record;
The deft is remanded to the custody of the USM.

STATE OF TEXAS §

COUNTY OF HIDALGO §

    BEFORE ME, the undersigned authority on this day personally appeared LEMUEL LOPEZ, who after being duly sworn upon his oath stated as follows:

    "I am over the age of 18 years and am fully competent to make this affidavit. I am the attorney that represented Benjamin Sosa in a possession and conspiracy charge in the United Stated Federal Court in Brownsville, Texas in Cause No. B-99-266-01.

    Benjamin Sosa was sentenced on October 22, 1999. Shortly after sentencing and before the deadline for the appeal, I visited with Mr. Sosa at the Cameron County jail. I explained to him what an appeal was and that he had the right to appeal the judge's decision. Mr. Sosa told me that he did not want to file an appeal.

    I never told Mr. Sosa that I had filed an appeal.

    Additionally, I did not induce Mr. Sosa to plead guilty to the charge. I advised Mr. Sosa of his options and he chose to plead guilty.

    I state that the allegations contained in this affidavit are to my knowledge true and correct."

_____
LEMUEL LOPEZ

    SUBSCRIBED AND SWORN TO BEFORE ME by LEMUEL LOPEZ on this 16th day of February, 2001, to certify my hand and seal of office.

JOSE M LOPEZ
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-15-2003

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

GOVERNMENT EXHIBIT 1