11

United States District Court
Southern District of Texas
FILED

APR 13 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENJAMIN SOSA | § | CASE NO. CA B-00-160 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | APRIL 3, 2001 |
| UNITED STATES OF AMERICA | § | 1:59 P.M. TO 2:22 P.M. |

### EVIDENTIARY HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                          SEE NEXT PAGE

For the Defendant:                          SEE NEXT PAGE

Court Recorder:                             Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.