*12*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | & | |
| | & | |
| v. | & | CIVIL ACTION NO. B-00-160 |
| | & | (Cr. No. B-99-266) |
| BENJAMIN SOSA | & | |

## ORDER SETTING HEARING

It is **ORDERED** that Petitioner's "ineffective assistance" claim be set for another evidentiary hearing in Judge Recio's Courtroom on May 10, 2001 at 2:00 p.m. The United States District Clerk is hereby **ORDERED** to summon to the hearing Petitioner's trial counsel Lemuel Lopez, at P.O. Box 96, 123 S. 13th Street, Edinburg, Texas, 78540-0096.

DONE in Brownsville, Texas this _17th_ day of _April_, 2001.

_____
Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com