14

CAB-00-160

United States District Court
Southern District of Texas
RECEIVED
APR 27 2001
Michael N. Milby, Clerk

Dear Clerk and Honorable Judge Recio

I am writeing this letter to you all Because I need of your assistance. I wrote you all another letter a week ago askeing the Reason for my Delay to (Three Rivers FCI) I Recently called the US marshalls and the AUSA to find out the reason for my Delay Here the AUSA Said It was Because They needed to talk to me. The US marshalls said That I Had another Hearing Pending with you all for the same case Because They were going to do my Hearing all over again Because I was not represent By an attorney a friend of mine also called and was told about this same Hearing He told me that I already Had an attorney appointed to me I Have no noliege of what Really The Reason for my Delay I Beg for your assistance in this matter I also ask for you all to let me know in a letter what is my delay I Have no family to assist me in this matter I would Really appreciate it If you all

Could assist me with This Help and one more time I Beg you all to Let me know the Reason for my Delay in a Letter to me Here. Thank you Dear Clerk and Honorable Judge Felix Recio. my information is as followed.

C.A. NO: B-00-160
Cr. NO. B-99-266
BENJAMIN SOSA
11-5-70 (D.O.B)
86446-079
3-28-2001 (Date of arrival to Cameron County Jail)

4-3-2001 2:00 PM (Date of Hearing at federal Building)

Three Rivers FCI (name of Prision)

Thank you
BENJAMIN SOSA
86446-079