# COURTROOM MINUTES

United States District Court
Southern           Texas
Filed

MAY 10 2001

Michael N. Milby, Clerk of Court

HONORABLE  Felix Recio   MAGISTRATE JUDGE PRESIDING

COURTROOM CLERK Maria (Sally) Garcia   D.U.S.M. E Garcia

LAW CLERK:  Jessica Dart

ERO/Court Reporter: Gabe Mendieta

DATE: May 10, 2001 at 2:00 p.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL No. B00-160 (HGT)

Benjamin Sosa                                C Amador (APTD)


VS.

United States of America              M Dowd
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EVIDENTIARY HEARING

All parties present and ready;

M Dowd addresses the Court and asks Court to take judicial notice of Mr Sosa's complaints of ineffective representation;

C Amador addresses the Court as to M Dowd's comments;

M Dowd calls first witness Lemuel Lopez;
Witness sworn and identifies Mr Sosa;
Witness states he worked out a plea agreement with the AUSA in Mr. Sosa's criminal case;
Witness states he does not remember speaking to Mr Sosa about filing objections to the PSI in his case;
M Dowd passes the witness;

C Amador addresses the witness;
Witness states it did not seem logical to file objections at that point;
Witness states there was a 2 point increase as to Mr Sosa;
Witness passed;

The Court addresses the witness as to the leadership role in Mr Sosa's case;
M Dowd reads paragraph 27 of the PSI into the record;
Witness L. Lopez is excused;

C Amador calls his first witness Benjamin Sosa;
Witness sworn and is addressed by his atty C Amador;
Witness states his attorney L Lopez should have objected to the PSI and the 2 point increase due to his involvement as a manager recruiter;
Witness states he did not hire anyone for any purpose;
Witness states his co-deft Olivarez hired Mr Sosa's sister-in-law;
Witness states he was only a driver;

The Court addresses Mr Sosa;
Witness states to the Court that he felt pressured as to making a statement against his sister-in-law;
C Amador passes the witness;

D Dowd addresses the witness;
Witness states he is guilty for taking along his sister-in-law, not because he hired her but because she had already been offered $300.00 for going;
Witness excused;

The Court having heard all the evidence, will prepare a Report and Recommendation, which will recommend Mr Sosa's 2255 will be denied;

Court adjourned.