AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE     B-00-160     16

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  04/30/01 |
| NAME OF SERVER (PRINT)  Daniel A. Flores | TITLE  Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Eli Lopez (Clerk/Brother)

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  $7.80 | SERVICES  $45.00 | TOTAL  $52.80 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   04/30/01
                Date

Signature of Server:  Daniel Flores

Address of Server:  1701 W. Bus 83 #835, McAllen, TX

EL 4-30-01

United States District Court
Southern District of TX
MAY 10 2001
Michael N. Milby, Clerk of Court

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.