AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

B-00-160    17

Service of the Summons and Complaint was made by me[1]

DATE: 04/30/01

NAME OF SERVER (PRINT): Daniel A. Flores

TITLE: Deputy U.S. Marshal

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Eli Lopez (Clerk/Brother)

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
MAY 16 2001
Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $7.80 | $45.00 | $52.80 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/30/01
              Date

Signature of Server: [signature] Daniel Flores

Address of Server: 1701 W. Bus 83 #835, McAllen

EL 4-30-01

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
BROWNSVILLE    DIVISION

BENJAMIN SOSA

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:   Civil Action B-00-160

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

LEMUEL LOPEZ
123 SOUTH 13TH STREET
EDINBURG TEXAS 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BENJAMIN SOSA  PRO SE
C/O U S DISTRICT CLERK
600 EAST HARRISON
BROWNSVILLE  TEXAS  78521

TO BE PRESENT FOR EVIDENTIARY HEARING ON MAY 10,2001  AT 2PM AS PER JUDGE RECIO'S ORDER

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N MILBY                              APRIL 20,2001
CLERK                                        DATE
  *(signature)*
OLIVIA GUTIERREZ, DEPUTY CLERK

(BY) DEPUTY CLERK