

United States District Court
Southern District of Texas
FILED

JUN 18 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENJAMIN SOSA | § | CASE NO. CA B-00-160 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 10, 2001 |
| UNITED STATES OF AMERICA | § | 2:10 P.M. TO 2:57 P.M. |

### EVIDENTIARY HEARING

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff(s):   CESAR AMADOR
                        62 E. Price Road
                        Brownsville, Texas   78520

For the Defendant(s):   U.S. Attorney's Office
                        MARK DOWD, AUSA
                        600 E. Harrison, #201
                        Brownsville, Texas   78520

Court Recorder:         Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript produced by transcription service.