20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BENJAMIN SOSA | § § | |
| v. | § § | CIVIL ACTION NO. B-00-160 (CR. NO. B-99-266-01) |
| UNITED STATES OF AMERICA | § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Sosa's § 2255 Petition is hereby DENIED.

DONE in Brownsville, Texas this ____ day of _____ 2001.

Hilda Tagle
United States District Judge

6